**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-00004-CMA    **RESTRICTED CASE**

UNITED STATES OF AMERICA *ex rel.*,
JULIE REED,

    Plaintiffs,

v.

KEYPOINT GOVERNMENT SOLUTIONS,

    Defendant.

---

**ORDER**

---

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is therefore

ORDERED that the parties shall serve all pleadings and motions filed in this action upon the United States, that the parties shall serve all notices of appeal upon the United States, and that all Orders of this Court shall be sent to the United States.  It is

FURHTER ORDERED that the United States may order any deposition transcripts in this action.  It is

FURTHER ORDERED that the United States is entitled to intervene in this action, for good cause, at any time.  It is

1

FURTHER ORDERS that should the relator or defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

DATED: April 15, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge