**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00004-CMA-MJW

UNITED STATES OF AMERICA, ex rel. Julie Reed,

   Plaintiff,

v.

KEYPOINT GOVERNMNET SOULTIONS,

Defendant.

_____

**ENTRY OF APPEARANCE OF COUNSEL**
_____

To:     The clerk of court and all parties of record

     I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

     Julie Reed
_____

DATED at Denver, Colorado this __1st__ day of __August, 2016__.

                              s/ Brett D. Watson
                              **Brett D. Watson**

                              __Brett D. Watson_____
                              Name of Attorney

                              Mehri & Skalet PLLC
                              _____
                              Firm Name

                              1250 Connecticut Ave. NW Ste. 300
                              _____
                              Office Address
                              Washington, DC 20036
                              _____
                              City, State, ZIP Code

                              202-822-5100
                              _____
                              Telephone Number
                              bwatson@findjustice.com
                              _____
                              Primary CM/ECF E-mail Address