**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00004-CMA-NRN

UNITED STATES OF AMERICA ex rel. Julie Reed,

    Plaintiff,

            v.

KEYPOINT GOVERNMENT SOLUTIONS,

    Defendant.

---

**UNOPPOSED MOTION TO UNRESTRICT ANSWER TO
SECOND AMENDED COMPLAINT**

---

Defendant KeyPoint Government Solutions, Inc. ("KeyPoint") respectfully submits this Unopposed Motion to Unrestrict Answer to Second Amended Complaint. In support of this request, KeyPoint states as follows:

1.    At times relevant to the allegations in the Second Amended Complaint (Doc. 119), KeyPoint performed investigations for the United States Office of Personnel Management ("OPM") pursuant to a contract ("Contract"). Also relevant to KeyPoint's work was an Investigator's Handbook ("Handbook").

2.    KeyPoint's Answer to Second Amended Complaint (Doc. 223) ("Answer") contains references to various investigations and to the content of the Contract and Handbook.

3. The Government has informed KeyPoint and Relator that, in its view, certain investigative records and portions of the Contract and Handbook contain sensitive investigative materials regarding the techniques used in background investigations that, in the Government's view, could compromise national security if they were publicly disclosed.

4. KeyPoint, Relator, and the Government have agreed to the terms of a Protective Order whereby as an initial matter KeyPoint and Relator will seek Level 1 restriction for all filings that may contain sensitive investigative materials, in order to permit the Government an opportunity to review each filing to determine whether it contains sensitive investigative material. The Protective Order has been approved by the Court. (Doc. 78)

5. In accordance with Section 6 of the Protective Order, KeyPoint filed an Unopposed Motion for Leave to File Answer to Relator's Second Amended Complaint Under Level 1 Restriction (Doc. 222) together with its Answer.

6. On January 21, 2020, the Court granted KeyPoint's Unopposed Motion for Leave to File Answer to Relator's Second Amended Complaint Under Level 1 Restriction, and directed that KeyPoint's Answer be placed under Level 1 Restriction. The Court also directed the Government to provide a redacted version of the Answer to KeyPoint on or before February 18, 2020, and directed KeyPoint to file the redacted version of its Answer on or before February 20, 2020. (Doc. 226)

7. After reviewing KeyPoint's Answer, the Government has advised KeyPoint that the Answer does not contain sensitive investigative material. As such, the

Government informed KeyPoint that in its view the filing need not remain under restriction.

8. KeyPoint has conferred with Relator's counsel, who does not oppose this Motion.

WHEREFORE, KeyPoint respectfully requests that the Court unrestrict its Answer to Second Amended Complaint (Doc. 223).

Dated: February 5, 2020

                              Respectfully submitted,


                               *s/ Robert C. Blume*

                              GIBSON, DUNN & CRUTCHER LLP

                                   Robert C. Blume, Bar No. 37130
                                   Ryan T. Bergsieker, Bar No. 37281
                                   Allison K. Chapin, Bar No. 47582
                                   Gibson Dunn & Crutcher LLP
                                   1801 California Street, Suite 4200
                                   Denver, CO 80202-2642
                                   Telephone: (303) 298-5700
                                   Fax: (303) 313-2870
                                   E-mail: RBlume@gibsondunn.com
                                                RBergsieker@gibsondunn.com
                                                AChapin@gibsondunn.com

                              *Counsel for Defendant KeyPoint Government Solutions*

Case 1:14-cv-00004-CMA-NRN Document 227 Filed 02/05/20 USDC Colorado Page 5 of 5

5

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2020, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*s/ Robert C. Blume*
Robert C. Blume